```
DANIEL G. BOGDEN
United States Attorney
BRANDON C. JAROCH
Special Assistant United States Attorney
333 Las Vegas Blvd., So., Suite 5000
Las Vegas, NV 89101
Telephone: (702) 388-6336
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| GUSTAVO ZAMORA DEL CASTILLO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JANET NAPOLITANO, et al., ) <br> ) <br> Defendants. ) | 2:12-cv-01359-GMN-GWF |

### MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Gisela A. Westwater to practice before this honorable Court in all matters relating to the above-captioned case.

Ms. Westwater is an attorney with the United States Department of Justice, Office of Immigration Litigation, an agency of the federal government. Ms. Westwater is a member in good standing of the Nebraska State Bar (No. 21801).

The following contact information is provided to the Court:

```
Gisela A. Westwater
Senior Litigation Counsel
District Court Section
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868 Ben Franklin Station
Washington, D.C.  20044
Tel: (202) 532-4174
Fax:
Email:
```

Accordingly, the United States respectfully requests that an order be issued allowing Gisela A. Westwater to practice before this honorable Court.

Dated this 8th day of November, 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Brandon C. Jaroch

BRANDON C. JAROCH
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
Gloria M. Navarro
United States District Judge

**DATED: 11/15/2012**