```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  BRANDON C. JAROCH
    Special Assistant United States Attorney
 3  333 Las Vegas Blvd., So., Suite 5000
    Las Vegas, NV 89101
 4  Telephone: (702) 388-6336
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### -oOo-

| | |
|---|---|
| GUSTAVO ZAMORA DEL CASTILLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:12-cv-01359-GMN-GWF |
| v. ) | |
| ) | |
| JANET NAPOLITANO, et al., ) | |
| ) | |
| Defendants. ) | |

### MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Gisela A. Westwater to practice before this honorable Court in all matters relating to the above-captioned case.

Ms. Westwater is an attorney with the United States Department of Justice, Office of Immigration Litigation, an agency of the federal government. Ms. Westwater is a member in good standing of the Nebraska State Bar (No. 21801).

The following contact information is provided to the Court:

```
Gisela A. Westwater
Senior Litigation Counsel
District Court Section
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868 Ben Franklin Station
Washington, D.C.  20044
Tel: (202) 532-4174
Fax:
Email:
```

Accordingly, the United States respectfully requests that an order be issued allowing Gisela A. Westwater to practice before this honorable Court.

Dated this <u>8th</u> day of November, 2012.

                                                Respectfully submitted,

                                                DANIEL G. BOGDEN
                                                United States Attorney

                                                /s/  Brandon C. Jaroch

                                                BRANDON C. JAROCH
                                                Special Assistant United States Attorney

IT IS SO ORDERED:

_____
Gloria M. Navarro
United States District Judge

**DATED:  11/15/2012**