# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GUSTAVO ZAMORRA DEL CASTILLO,

    Petitioner,

vs.

JANET NAPOLITANO, et al.,

    Respondents.

Case No. 2:12-cv-01359-GMN-GWF

**ORDER**

    Petitioner having submitted a motion to withdraw petition for a writ of habeas corpus and complaint for injunctive relief (#12), and good cause appearing;

    **IT IS THEREFORE ORDERED** that petitioner's motion to withdraw petition for a writ of habeas corpus and complaint for injunctive relief (#12) is **GRANTED**. This action is **DISMISSED** voluntarily without prejudice. The clerk of the court shall enter judgment accordingly.

    **DATED** this 2nd day of April, 2013.

_____
Gloria M. Navarro
United States District Judge